**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
ROBERT COHEN,                   )
                                )
            Plaintiff,          )
                                )
        v.                      ) Civil Action No. 14-754(EGS)
                                )
BOARD OF TRUSTEES OF THE        )
UNIVERSITY OF THE DISTRICT      )
OF COLUMBIA, _et al._,          )
                                )
            Defendants.         )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the defendants' motion to dismiss the plaintiff's complaint as time-barred is **DENIED**; and it is further

**ORDERED** that the defendants' motion to dismiss as to the plaintiff's five common law claims—trespass to chattel, conversion, bailee indebtedness, negligence, and intentional infliction of emotional distress—is **GRANTED** for failure to exhaust administrative remedies; and it is further

**ORDERED** that the defendants' motion to dismiss the plaintiff's due process claim against the Board of Trustees of the University of the District of Columbia pursuant to 42 U.S.C. § 1983 is **DENIED** because the plaintiff stated a claim that the

Sixth Master Agreement provides constitutionally insufficient process; and it is further

**ORDERED** that the defendants' motion to dismiss the plaintiff's due process claim against individual defendants Allen Sessoms and Graeme Baxter pursuant to 42 U.S.C. § 1983 is **DENIED** because the plaintiff stated a claim that these individual defendants implemented the plausibly constitutionally insufficient Sixth Master Agreement; and it is further

**ORDERED** that the defendants' motion to dismiss the plaintiff's due process claim against individual defendant Vernise Steadman pursuant to 42 U.S.C. § 1983 is **GRANTED** because the plaintiff failed to state a claim; and it is further

**ORDERED** that the defendants' motion to dismiss the plaintiff's due process claim against the individual defendants pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) is **GRANTED** because the plaintiff failed to state a claim.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**April 24, 2018**